FILED JAN 16 2008 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREGORY GALAZ,<br><br>    Petitioner,<br><br>    v.<br><br>TOM E. VAUGHN, Warden,<br><br>    Respondent. | No. CV 05-5759-GPS (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1/14/08

_____
HONORABLE GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE